AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Rhode Island

| | |
|---|---|
| United States of America<br>v.<br><br>John Marlon Tejada<br><br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.    1:26-mj-00033 AEM

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____July 27, 2026_____ in the county of _____Providence_____ in the

_____ District of _____Rhode Island_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(A)(vii). | Attempted Possession with Intent to Distribute 5 kilograms or more of cocaine |

This criminal complaint is based on these facts:

See atttached affidavit of Special Agent Brady R. O'Donnell with the Drug Enforcement Administration ("DEA").

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Brady R. O'Donnell - DEA

*Printed name and title*

**Sworn telephonically and signed electronically**

Date:  July 28, 2026

*Judge's signature*

City and state:    Providence, RI

Amy E. Moses, U.S. Magistrate Judge

*Printed name and title*